NUMBER 13-09-00527-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

CARLOS PENA, Appellant,


v.



J. TODD BOYD AND RUBY BOYD, Appellees.

_____________________________________________________________


On appeal from the County Court at Law No. 2


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the County Court at Law
No. 2 of Cameron County, Texas, in cause number 2008-CCL-1294-B. Appellant has filed
an unopposed motion to dismiss the appeal on grounds that the parties have reached an
agreement to settle and compromise their differences. Appellant requests that this Court
dismiss the appeal with prejudice.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED WITH PREJUDICE. In accordance with the agreement of the parties, costs
are taxed against the party incurring same. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM

Delivered and filed 

the 1st day of April, 2010.